No. 79–6277. BUCK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6332. STEVENS *v.* NORTH CAROLINA. Super. Ct. N. C., Mecklenberg County. Certiorari denied.

No. 79–6333. BAINES *v.* HILTON, PRISON SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–6338. STREET *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 79–6342. LANE *v.* JEFFERSON HEALTH CARE, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–6347. GIORDANO *v.* MASSACHUSETTS. Ct. App. Mass. Certiorari denied.

No. 79–6349. SCHULTZ *v.* ISRAEL, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 79–6351. GARRETT *v.* ARRINGTON, SHERIFF. Sup. Ct. Ga. Certiorari denied.

No. 79–6356. HOP-WAH, AKA GREEN *v.* HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 79–6357. SHAW *v.* COLE, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–6358. ANGEL *v.* CLARK. C. A. 5th Cir. Certiorari denied.

No. 79–6360. TAYLOR *v.* HAYES ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–6363. DAWN *v.* WENZLER ET AL. C. A. 9th Cir. Certiorari denied.